UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE RED A PROTSMAN, | Case No. 1:26-cv-0801-KES-HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| IVERSON, et al., | |
| Defendants. | Doc. 6 |

Plaintiff Eugene Red A Protsman, a prisoner, proceeds pro se in this civil action filed pursuant to 42 U.S.C. § 1983.  As Plaintiff did not pay the filing fee when he filed the complaint, the Court directed Plaintiff to pay the filing fee or file an application to proceed in forma pauperis.  Doc. 4.  Plaintiff failed to respond to the Court's order.

On March 25, 2026, the magistrate judge issued findings and recommendations recommending dismissal for Plaintiff's failure to prosecute and failure to comply with the Court's order.  Doc. 6.  The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days.  *Id.* at 5.  Plaintiff did not file objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the case, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on March 25, 2026 (Doc. 6) are ADOPTED in full.

2. This action is DISMISSED without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 4, 2026

UNITED STATES DISTRICT JUDGE